# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Western Division

Morgan Kukovec

                        Plaintiff,

v.                                          Case No.: 3:22−cv−50086
                                                 Honorable Iain D. Johnston

L'Oreal USA Products, Inc.

                        Defendant.

## DIVISIONAL TRANSFER NOTICE

DIVISIONAL TRANSFER Notice. Case transferred to Eastern Division − Chicago. (jp, )